UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOHN LESTER,

    Defendant.

Case No. CR02-6002FDB

ORDER DENYING DEFENDANT'S MOTION FOR ORDER EXTENDING TIME TO SELF SURRENDER

    Before the Court is the motion of Defendant John Lester for an order extending his time to self-surrender to CI Taft in California. Defendant bases this request on health problems he is currently experiencing with diabetes and blood pressure. Defendant asks that he be allowed to complete his medical care prior to entering the Bureau of Prisons. The Court, having reviewed the Defendant's motion and attached doctors' reports, and having conferred with the Probation Department, finds that the Defendant's motion should be denied.

    The Court is informed that the medical facility at CI Taft in California is adequately staffed and equipped to handle Defendant's current and ongoing medical issues. The facility includes chronic clinics for inmates with diabetes and hypertension. Also available to Defendant are optometry and dietician services and, in the case of any extremely severe condition, he may be

ORDER - 1

treated at another BOP facility such as Rochester.   The Court is also assured that the medical staff at CI Taft in California have been made aware of Defendant's arrival and current health issues.

ACCORDINGLY,

IT IS ORDERED:

(1) Defendant's motion for order extending time for self surrender (Dkt.# 146) is **DENIED**.

DATED this 17th day of May, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2